## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Heidy Herschbach (individually and as co-trustee of the Herschbach Living Trust) & Susan L. Randall (as co-trustee of the Herschbach Living Trust), | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Frederick J. Herschbach & Herschbach Petroleum Company, Ltd., | ) ) ) | |
| Defendants. | ) ) | Case No. 1:09-cv-008 |

Before the court is the Plaintiffs' Motion for attorneys K. Ray Campbell and J. Kevin Raley to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys attorneys K. Ray Campbell and J. Kevin Raley have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**. Attorneys K. Ray Campbell and J. Kevin Raley are admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge